## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| MID-CONTINENT CASUALTY COMPANY<br><br>*Plaintiff,*<br><br>v.<br><br>VIEW HOMES, INC., PATRICK WOODS, JR., DOMINIC JIMENEZ, SEAN ROMERO, RAELENE ROBERTS, TODD LOPEZ, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOSE MARRERO, DECEASED, AND JOLEEN YOUNGERS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DESIREE AILENE SEANEZ, DECEASED<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:25-CV-246 |

_____

### PLAINTIFF MID-CONTINENT CASUALTY COMPANY'S
### NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)
_____

**TO THE HONORABLE JUDGE SCHYDLOWER:**

COMES NOW, Mid-Continent Casualty Company ("MCC") and files this, its Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and in support thereof, would show the Court as follows:

Plaintiff MCC has settled its dispute with the Defendants in this case. At this time, no Defendants have appeared herein and Plaintiff is the only party who has appeared in this action.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff provides this Notice of Dismissal before any opposing party has served their answer or a motion for summary judgment.

The undersigned respectfully requests the Court to note the Dismissal of this matter and take all action necessary to close the case.

                                        Respectfully submitted,

By:   */s/ R. Brent Cooper*
       **R. BRENT COOPER**
       State Bar No. 04783250
       Brent.Cooper@cooperscully.com
       **LEAD COUNSEL**

       **JILLIAN H. GINGER**
       State Bar No. 24137469
       Jillian.Ginger@cooperscully.com

**COOPER & SCULLY, P.C.**
Founders Square
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone:  (214) 712-9500
Telecopy:   (214) 712-9540

**ATTORNEYS FOR PLAINTIFF**
**MID-CONTINENT CASUALTY**
**COMPANY**