# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **MID-CONTINENT CASUALTY COMPANY,** § § § | |
| *Plaintiff,* § § | |
| v. § § | |
| **VIEW HOMES, INC; PATRICK WOODS, JR.; DOMINIC JIMENEZ; SEAN ROMERO; RAELENE ROBERTS; TODD LOPEZ,** as personal representative of the estate of Jose Marrero, deceased; and **JOLEEN YOUNGERS,** as personal representative of the estate of Desiree Ailene Seanez, deceased, § § § § § § § § § § § | No. 3:25-CV-00246-LS |
| *Defendants.* § § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case without prejudice.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 12, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**